83,123-03

Writ-83,123-03

Re: Objection

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 30 ...

Abel Acosta, Clerk

To the Honorable Judge of said court:

I, Ray Randall, applicant in the above numbered cause, hereby object to the Judge's signing of the finding of facts, conclusions, and order, Because the 184th District Court is in Default having no jurisdiction in this matter by failing to respond with-in the time frame of 181 days as mandated by law, to-wit: 11:07 et. Al. Petitioner hereby request any documents filed by the State, or findings, conclusion and recommendations by the trial court after 181 days from Order Designating Issues, be set-aside and disregarded due to Trial Court had no Jurisdiction after the 181 day after desig- nation of Issues. And ask the Court review his Writ De Novo, as he is Actually Innocent and trial court lack Jurisdiction.

DATE: 10-25-15

Ray Randall

Respectfully submitted